# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | ED CV 14-2500-JLS (SP) | Date | January 28, 2015 |
|---|---|---|---|
| Title | Tomas Grande Grajeda Jr. v. M.D. Biter, Warden | | |

| Present: The Honorable | **Sheri Pym, United States Magistrate Judge** | |
|---|---|---|
| Kimberly Carter | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**     **(In Chambers) Order to Show Cause Re Filing of Notice of Appearance**

On December 4, 2014, petitioner Tomas Grande Grajeda Jr. filed a Petition for Writ of Habeas Corpus by a Person in State Custody under 28 U.S.C. § 2254 ("Petition").  On January 9, 2015, the court issued an Order Requiring Response to Petition.  In that Order, the court required respondent to file and serve a notice of appearance, designating the Deputy Attorney General(s) in charge of the case, within fourteen days of the service date of the court's Order.

As of today, nineteen days have elapsed since the issuance and service of the January 9, 2015 order.  But respondent has not filed a notice of appearance.

Accordingly, within **fourteen (14)** days of the date of this Order, that is, by **February 11, 2015**, respondent is **ORDERED TO SHOW CAUSE**, in writing, why sanctions should not be imposed for respondent's failure to comply with a court order.

If by **February 15, 2015** respondent files a notice of appearance, this Order to Show Cause will be automatically discharged, and respondent need not respond to it separately.

The Clerk of Court is directed to serve an electronic copy of this minute order on the California Attorney General's Office.