# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMAS GRANDE GRAJEDA, JR., <br><br> Petitioner, <br><br> v. <br><br> M.D. BITER, <br><br> Respondent. | Case No. EDCV 14-2500-JLS (LAL) <br><br> **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, Petitioner's Objections to the Report and Recommendation, and the remaining record, and has made a *de novo* determination.

Petitioner's Objections generally lack merit for the reasons set forth in the Report and Recommendation.

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;

2. Judgment be entered (1) discharging Petitioner from all consequences of the street gang allegation appended to his conviction for carrying a loaded firearm in public in San Bernardino County Superior Court Case No. FVA-025452, vacating the portion of his sentence based thereon, and requiring the San Bernardino County Superior Court to

resentence Petitioner accordingly within sixty (60) days; and (2) denying the Petition in all other respects; and

3. The Clerk serve copies of this Order on the parties.

DATED: May 3, 2017

                                     HONORABLE JOSEPHINE L. STATON
                                     UNITED STATES DISTRICT JUDGE