JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMAS GRANDE GRAJEDA, JR., | Case No. EDCV 14-2500-JLS (LAL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| M.D. BITER, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Petitioner is discharged from all consequences of the street gang allegation appended to his conviction for carrying a loaded firearm in public in San Bernardino County Superior Court Case No. FVA-025452, the portion of his sentence based thereon is vacated, and the San Bernardino County Superior Court shall resentence Petitioner accordingly within sixty (60) days. The Petition is denied in all other respects.

DATED: May 3, 2017

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE